Baher Azmy (BA 8406)
Christopher J. Fried, D.N.J.L. Civ. R. 101.1(h)
Karin Kraft, D.N.J.L. Civ. R. 101.1(h)
SETON HALL UNIVERSITY SCHOOL OF LAW
CENTER FOR SOCIAL JUSTICE
833 McCarter Highway
Newark, New Jersey 07102
(973) 642-8700
Attorneys for Plaintiff

Victor Librizzi, Jr., Esq. (VL7786)
610 Pompton Avenue
P. O. Box 450,
Cedar Grove, New Jersey 07009
Telephone (973) 239-7675
Facsimile (973) 239-7676
Attorney for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------- x
BELETASHACHEW AYENACHEW CHERE,                  :
                                                :
                    Plaintiff,                  :
                                                :         Docket No. 04-6264 (FSH)
             v.                                 :
                                                :
FESSEHA TAYE and ALEMTASHAI GIRMA,              :
                                                :
                    Defendants.                 :
------------------------------------------------------------- x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**Whereas** the Beletashachew Ayenachew Chere, Fesseha Taye and Alemtashai Girma ("Parties") have settled their respective claims;

**Whereas** the Parties have entered into a Release and Settlement Agreement that has been executed by the Parties and their respective counsel; and

**Whereas**, this Release and Settlement Agreement is in no way binding upon the third-party Defendant, nor does it extinguish any rights Defendants may have against the

aforementioned third-party Defendant in respect to this matter;

**NOW THEREFORE** it is hereby stipulated that the Parties dismiss their respective complaints filed in this action with prejudice; and

It is also stipulated that this Court shall retain jurisdiction of this action for purposes of monitoring and enforcing compliance with the terms of the Settlement Agreement.

Dated: Nov. 20, 2006

Baher Azmy
For Plaintiff Beletshachew Chere

Dated: Nov. 15, 2006

Victor Librizzi, Jr., Esq.
For Defendants Fesseha Taye and Alemtsehaye Girma

IT IS SO ORDERED

Honorable Stanley R. Chesler
UNITED STATES DISTRICT JUDGE