UNITED STATES OF AMERICA
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**NEWARK**  
Judge: **Chesler**

**COURT REPORTER:**

January 4, 2007

Docket No: **04-6264**

**TITLE OF CASE**

CHERE

v.

TAYE et al

**APPEARANCES:**

Patricia McDonagh, Esq

Victor Librizzi, Jr., Esq.

**NATURE OF PROCEEDINGS:**

**Status Conference-possible mediation.**

**S/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist**